**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Lawrence Heath,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Maricopa County, a municipality, and Joseph Arpaio and Ava Arpaio, a married couple, Dr. Brett Beloud, a single man,<br><br>　　　　Defendants. | No. CV05-1362 PHX-JAT<br><br>**ORDER** |

    Pursuant to the stipulation of the parties and good cause appearing, all of Plaintiff's remaining claims (those that were scheduled to be tried on October 23, 2007) are dismissed with prejudice, with each party to bear its own costs and attorneys' fees with respect to the claims dismissed by this Order.

    It is further ordered that Plaintiff will not seek to reinstitute or pursue in any way the claims dismissed by this Order. Accordingly, this Order is a final judgment.

    It is further ordered that because this Order is a final judgment, Plaintiff may now pursue any and all appeal rights Plaintiff may have as to those claims earlier dismissed as

1 | reflected in the Court's Summary Judgment Order (Doc. #44).

2 |     DATED this 1st day of October, 2007.

_____
James A. Teilborg
United States District Judge